UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM A. VANCE *and* BETH A. VANCE,

                    Plaintiffs,

- *against* -

THE CINCINNATI INSURANCE COMPANY,

                    Defendant.

**ORDER**

23-cv-10940 (ER)

Ramos, D.J.:

    The Court recently provided notice of an initial case management and scheduling conference. Doc. 6. As a point of clarification, the Court directs counsel for the defendant to notify counsel for the plaintiffs about the upcoming conference and to provide them with a copy of the notice and attached civil case discovery plan and scheduling order.

It is SO ORDERED.

Dated:   December 22, 2023
            New York, New York

                                                      Edgardo Ramos, U.S.D.J.